PROB. 12B
(7/93)

ORIGINAL

United States District Court

for the

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 03 2008

at __ o'clock and __ min, __ M.
SUE BEITIA, CLERK

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  GLENN M. TASAKA           Case Number:  CR 00-00144HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence:  9/18/2000

Original Offense:   <u>Counts 1-3:</u> Distribution of 5 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), a Class A felony

<u>Count 4:</u> Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), a Class C felony

Original Sentence:  Sixty-eight (68) months imprisonment followed by eight (8) years of supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; and 4) That the defendant provide the Probation Office access to any requested financial information.

Type of Supervision: Supervised Release      Date Supervision Commenced: 2/18/2005

**PETITIONING THE COURT**

[X]   To modify the conditions of supervision as follows:

Prob 12B
(7/93)

2

*General Condition: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervised release.*

### CAUSE

Since the commencement of supervised release on 2/18/2005, the subject has been compliant and posed no management problems. He has maintained stable housing and employment since his release. Furthermore, the subject successfully completed outpatient substance abuse treatment on 2/21/2006.

The subject has agreed to modify his conditions of supervised release to allow for continued drug testing consistent with the mandates of <u>United States v. Stephens.</u> This modification is warranted when considering the subject's extensive substance abuse history as outlined in the presentence report. As a reminder to the Court, the subject was on supervised release with our office for a prior drug trafficking conviction under CR 90-00169HMF-01. During this term of supervised release, the subject tested positive for methamphetamine on numerous occasions. Consequently, his drug addiction led to his supervision being revoked by Your Honor on 9/29/1997. With that said, the revised General Condition will assist our office in monitoring the subject's future compliance and progress.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

JONATHAN K. SKEDELESKI
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS.
Supervising U.S. Probation Officer

Date: 3/14/2008

Prob 12B
(7/93)

3

THE COURT ORDERS:

[ x ]  The Modification of Conditions as Noted Above
[  ]   Other

_____
HELEN GILLMOR
Chief U.S. District Judge

_____4·1·08_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

*General Condition*    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervised release.*

Witness: _____    Signed: _____
JONATHAN K. SKEDELESKI                                GLENN M. TASAKA
U.S. Probation Officer                                       Supervised Releasee

3/05/08
Date